IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ROY SODERMAN,<br><br>    Defendant.<br>_____/ | No. CR 88-00229 JPV<br><br>**REQUEST FOR RESPONSE FROM THE PUBLIC DEFENDER'S OFFICER** |

    Defendant Roy Soderman has requested the appointment of counsel. The Federal Public Defender's Office is hereby requested to respond as to whether defendant should be appointed counsel by **AUGUST 7, 2015.**

Dated: July 17, 2015.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE