**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

ROY SODERMAN,

    Defendant.

                                    /

No. CR 88-00229 JPV

**ORDER REFERRING REQUEST TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**

      Defendant Roy Soderman, who is currently incarcerated in Colorado, has filed a *pro se* request for the appointment of counsel.  In response, the Federal Public Defender's Office stated that defendant's request should be referred to the United States District Court for the District of Colorado.  Federal Public Defender Steven Kalar has contacted his counterpart in the District of Colorado, who indicated he would be pleased to accept the appointment for defendant. Defendant's request for the appointment of counsel is hereby **REFERRED TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO.**

      **IT IS SO ORDERED.**.

Dated: July 27, 2015.

                                                  WILLIAM ALSUP,
                                                  UNITED STATES DISTRICT JUDGE
                                                  GENERAL DUTY